## Norvin H. Franks, Appellant, v. The Globe Company, and The Gambill Company, Appellees.

### Gen. No. 45,336.

Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, and Jack A. Diamond, of counsel; Campbell, Clithero & Fischer, for appellees. Opinion by Presiding Justice Niemeyer. **Not to be published in full.** Opinion filed June 1, 1951; rehearing denied June 13, 1951; released for publication June 22, 1951.